**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 13-cv-00498-WJM

DAVID B. HOECK,

     Applicant,

v.

RAE TIMME, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

     Respondents.

## SECOND ORDER FOR STATE COURT RECORD

On July 10, 2013, Magistrate Judge Boyd N. Boland issued an Order directing Respondents to file with the Clerk of the Court, within thirty (30) days, in electronic format if available, a copy of the complete record of Applicant's state court proceedings in ***People v. Hoeck,*** **Mesa County District Court Case No. 07CR1604**, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims.  A copy of the July 10, 2013 Order was mailed to the Mesa County District Court Clerk.

The state court record has not been filed to date.  Accordingly, it is

ORDERED that, within twenty-one (21) days, Respondents shall file the state court record in this Court.

2

Dated this 13ʰ day of August, 2013.

BY THE COURT:

_____
William J. Martinez
United States District Judge

2